# EXHIBIT 2

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The subject premises of 100 174th Street S., Spanaway,<br>WA 98387 | )<br>)<br>)  Case No. MJ18 · 5047-01<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  **Western**  District of  **Washington**
*(identify the person or describe the property to be searched and give its location)*:

The subject premises as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before  **March 16, 2018**  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  **any U.S. Magistrate Judge**  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  **1:52 PM March 2, 2018**                    *[signature]* Theresa L. Fricke
                                                                                                                      Judge's signature

City and state:     TACOMA, WASHINGTON                        THERESA L. FRICKE, U.S. MAGISTRATE JUDGE
                                                                                                 *Printed name and title*

2018R00227

000033

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

2018R00227

000034

## ATTACHMENT A

### Description of Property to be Searched

The SUBJECT PREMISES is the property located at 100 174th St. S., Spanaway, Washington 98387, and is more fully described as unit "100" of a blue in color two-story duplex with white trim that sits on the southwest corner of 174th St. S and A St. Unit 100 is on the south side of the duplex. The front door to the SUBJECT PREMISES is on the east side of the building and is white in color. The numbers "100" in a vertical fashion are posted directly below the exterior light fixture to the right of the garage door, and above the gate. The duplex is surrounded with a wood fence, with a gate leading to the front door. The garage for the SUBJECT PREMISES is on the southeast corner of the building and the door faces east.



The search is to include all rooms and persons within the SUBJECT PREMISES, vehicles located on the SUBJECT PREMISES, and all garage/parking spaces or storage units/outbuildings exclusively assigned to unit 100 and any digital device(s) found therein.

ATTACHMENT A - 1
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000035

The SUBJECT PERSON is Donnie Barnes Sr. (DOB: XX/XX/1967), pictured below:

ATTACHMENT A - 2
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000036

# ATTACHMENT B
## ITEMS TO BE SEIZED

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form (such as CDs, DVDs, smart cards, thumb drives, camera memory cards, electronic notebooks, or any other storage medium), that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 2251(a) (Production of Child Pornography), 18 U.S.C. § 2252(a)(2) (Receipt or Distribution of Child Pornography), and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), which may be found at the SUBJECT PREMISES or on the SUBJECT PERSON:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct and child erotica, in any format or media and any items depicted in those visual depictions that may help to identify the person depicted or the creator of the depictions;

2. Evidence of the installation and use of P2P software, and any associated logs, saved user names and passwords, shared files, and browsing history;

3. Letters, e-mail, text messages, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer;

4. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

6. Any non-digital recording devices and non-digital media capable of storing images and videos.

7. Digital devices and/or their components, which include, but are not limited to:

ATTACHMENT B - 1
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000037

      a.    Any digital devices and storage device capable of being used to commit, further, or store evidence of the offense listed above;

      b.    Any digital devices used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, cameras, printers, encryption devices, and optical scanners;

      c.    Any magnetic, electronic, or optical storage device capable of storing data, such as disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, printer or memory buffers, smart cards, PC cards, memory sticks, flashdrives, USB/thumb drives, camera memory cards, media cards, electronic notebooks, and personal digital assistants;

      d.    Any documentation, operating logs and reference manuals regarding the operation of the digital device or software;

      e.    Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

      f.    Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

      g.    Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data;

8.    Evidence of who used, owned or controlled any seized digital device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved user names and passwords, documents, and browsing history;

9.    Evidence of malware that would allow others to control any seized digital device(s) such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malware; as well as evidence of the lack of such malware;

10.    Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence;

ATTACHMENT B - 2
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000038

1    11.   Evidence of counter-forensic programs (and associated data) that are
2 designed to eliminate data from a digital device;
3    12.   Evidence of times the digital device(s) was used;
4    13.   Any other ESI from the digital device(s) necessary to understand how the
5 digital device was used, the purpose of its use, who used it, and when.
6    14.   Records and things evidencing the use of the IP addresses 73.140.63.12 and
7 97.126.88.78 (the SUBJECT IP ADDRESSES) including:
8     a.   Routers, modems, and network equipment used to connect
9 computers to the Internet;
10     b.   Records of Internet Protocol (IP) addresses used;
11     c.   Records of Internet activity, including firewall logs, caches, browser
12 history and cookies, "bookmarked" or "favorite" web pages, search terms that the user
13 entered into any Internet search engine, and records of user-typed web addresses.

**The seizure of digital devices and/or their components as set forth herein is specifically authorized by this search warrant, not only to the extent that such digital devices constitute instrumentalities of the criminal activity described above, but also for the purpose of the conducting off-site examinations of their contents for evidence, instrumentalities, or fruits of the aforementioned crimes.**

ATTACHMENT B - 3
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000039

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The subject person Donnie Barnes, DOB XX/XX/1967 | )<br>)<br>) Case No. MJ18-5047-02<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the       **Western**       District of       **Washington**
*(identify the person or describe the property to be searched and give its location)*:

The subject person as further described in Attachment A, which is attached hereto and incorporated herein by this reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by this reference.

**YOU ARE COMMANDED** to execute this warrant on or before **March 16, 2018**  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.      ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to         **any U.S. Magistrate Judge**        .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: **March 2, 2018  1:53 PM**       *Theresa L. Fricke*
                                                        Judge's signature

City and state:       TACOMA, WASHINGTON            THERESA L. FRICKE, U.S. MAGISTRATE JUDGE
                                                    *Printed name and title*

2018R00227

000040

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

2018R00227

000041

## ATTACHMENT A

### Description of Property to be Searched

The SUBJECT PREMISES is the property located at 100 174th St. S., Spanaway, Washington 98387, and is more fully described as unit "100" of a blue in color two-story duplex with white trim that sits on the southwest corner of 174th St. S and A St. Unit 100 is on the south side of the duplex. The front door to the SUBJECT PREMISES is on the east side of the building and is white in color. The numbers "100" in a vertical fashion are posted directly below the exterior light fixture to the right of the garage door, and above the gate. The duplex is surrounded with a wood fence, with a gate leading to the front door. The garage for the SUBJECT PREMISES is on the southeast corner of the building and the door faces east.



The search is to include all rooms and persons within the SUBJECT PREMISES, vehicles located on the SUBJECT PREMISES, and all garage/parking spaces or storage units/outbuildings exclusively assigned to unit 100 and any digital device(s) found therein.

ATTACHMENT A - 1
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000042

The SUBJECT PERSON is Donnie Barnes Sr. (DOB: XX/XX/1967), pictured below:



ATTACHMENT A - 2
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000043

# ATTACHMENT B

## ITEMS TO BE SEIZED

The following records, documents, files, or materials, in whatever form, including handmade or mechanical form (such as printed, written, handwritten, or typed), photocopies or other photographic form, and electrical, electronic, and magnetic form (such as CDs, DVDs, smart cards, thumb drives, camera memory cards, electronic notebooks, or any other storage medium), that constitute evidence, instrumentalities, or fruits of violations of 18 U.S.C. § 2251(a) (Production of Child Pornography), 18 U.S.C. § 2252(a)(2) (Receipt or Distribution of Child Pornography), and 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography), which may be found at the SUBJECT PREMISES or on the SUBJECT PERSON:

1. Any visual depiction of minor(s) engaged in sexually explicit conduct and child erotica, in any format or media and any items depicted in those visual depictions that may help to identify the person depicted or the creator of the depictions;

2. Evidence of the installation and use of P2P software, and any associated logs, saved user names and passwords, shared files, and browsing history;

3. Letters, e-mail, text messages, and other correspondence identifying persons transmitting child pornography, or evidencing the transmission of child pornography, through interstate or foreign commerce, including by mail or by computer;

4. All invoices, purchase agreements, catalogs, canceled checks, money order receipts, credit card statements or other documents pertaining to the transportation or purchasing of images of minors engaged in sexually explicit conduct;

5. Any and all address books, names, lists of names, telephone numbers, and addresses of individuals engaged in the transfer, exchange, or sale of child pornography;

6. Any non-digital recording devices and non-digital media capable of storing images and videos.

7. Digital devices and/or their components, which include, but are not limited to:

ATTACHMENT B - 1
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000044

    a.    Any digital devices and storage device capable of being used to commit, further, or store evidence of the offense listed above;

    b.    Any digital devices used to facilitate the transmission, creation, display, encoding or storage of data, including word processing equipment, modems, docking stations, monitors, cameras, printers, encryption devices, and optical scanners;

    c.    Any magnetic, electronic, or optical storage device capable of storing data, such as disks, tapes, CD-ROMs, CD-Rs, CD-RWs, DVDs, printer or memory buffers, smart cards, PC cards, memory sticks, flashdrives, USB/thumb drives, camera memory cards, media cards, electronic notebooks, and personal digital assistants;

    d.    Any documentation, operating logs and reference manuals regarding the operation of the digital device or software;

    e.    Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

    f.    Any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer equipment, storage devices or data; and

    g.    Any passwords, password files, test keys, encryption codes or other information necessary to access the computer equipment, storage devices or data;

8.    Evidence of who used, owned or controlled any seized digital device(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, saved user names and passwords, documents, and browsing history;

9.    Evidence of malware that would allow others to control any seized digital device(s) such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malware; as well as evidence of the lack of such malware;

10.    Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence;

ATTACHMENT B - 2
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000045

11. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from a digital device;

12. Evidence of times the digital device(s) was used;

13. Any other ESI from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when.

14. Records and things evidencing the use of the IP addresses 73.140.63.12 and 97.126.88.78 (the SUBJECT IP ADDRESSES) including:

   a. Routers, modems, and network equipment used to connect computers to the Internet;

   b. Records of Internet Protocol (IP) addresses used;

   c. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

**The seizure of digital devices and/or their components as set forth herein is specifically authorized by this search warrant, not only to the extent that such digital devices constitute instrumentalities of the criminal activity described above, but also for the purpose of the conducting off-site examinations of their contents for evidence, instrumentalities, or fruits of the aforementioned crimes.**

ATTACHMENT B - 3
USAO #2018R00227

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

000046