The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARNES, SR.,<br><br>Defendant. | NO. CR18-5141 BHS<br><br>GOVERNMENT PRELIMINARY WITNESS LIST |

1. Stuart Butler

2. Gabe Stajduhar

3. Mike Wawrzycki

4. Jayme McFarland

5. K.T.

*United States v. Donnie Barnes, Sr., CR18-5141 BHS*
Government's Preliminary Witness List - 1

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  6. Reese Berg

2  7. Alan Heng

3

4     Dated this 21st day of October, 2019.

5                                                  Respectfully submitted,

6                                                  BRIAN T. MORAN
7                                                  United States Attorney

8                                                  *s/ Matthew P. Hampton*
9                                                  MATTHEW P. HAMPTON
                                                   Assistant United States Attorney
10                                                 *s/ Lyndsie R. Schmalz*
11                                                 LYNDSIE R. SCHMALZ
                                                   Assistant United States Attorney
12                                                 700 Stewart Street, Suite 5220
13                                                 Seattle, Washington 98101
                                                   Phone: (206) 553-7970
14                                                 E-mail: matthew.hampton@usdoj.gov
15                                                         lyndsie.r.schmalz@usdoj.gov

*United States v. Donnie Barnes, Sr., CR18-5141 BHS*
Government's Preliminary Witness List - 2

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

I hereby certify that on October 21, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the attorney of record for the defendant.

*s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
Fax: (206) 553-0755
Email: becky.hatch@usdoj.gov

*United States v. Donnie Barnes, Sr., CR18-5141 BHS*
Government's Preliminary Witness List - 3

UNITED STATES ATTORNEY
700 STEWART ST, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970