The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARNES, SR.,<br><br>Defendant. | NO. CR18-5141BHS<br><br>**STIPULATION OF THE PARTIES REGARDING THE MANUFACTURE OF CERTAIN DIGITAL DEVICES** |

The United States of America, by and through Brian T. Moran, United States Attorney, and Matthew P. Hampton and Lyndsie R. Schmalz, Assistant United States Attorney, and the Defendant, DONNIE BARNES, SR., and his attorneys, Mohammad Ali Hamoudi and Gregory Murphy, hereby stipulate and agree to the following:

//
//
//
//
//
//
//
//

STIPULATION OF THE PARTIES REGARDING THE MANUFACTURE OF
CERTAIN DIGITAL DEVICES - 1
CR18-5141BHS/*U.S. v. Barnes*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1. Apple's iPhone 6 Plus smartphone was manufactured in China.
2. Exhibit 1, a white Apple iPhone 8 Plus, was manufactured in China.
3. Exhibit 2, a gray and black USB thumb drive, was manufactured outside of Washington State.

DATED this 22nd day of October, 2019.

_____
DONNIE BARNES, SR.
DEFENDANT

_____
MOHAMMAD ALI HAMOUDI
GREGORY MURPHY
ATTORNEYS FOR DEFENDANT

_____
MATTHEW P. HAMPTON
LYNDSIE R. SCHMALZ
ASSISTANT UNITED STATES ATTORNEYS

STIPULATION OF THE PARTIES REGARDING THE MANUFACTURE OF CERTAIN DIGITAL DEVICES - 2
CR18-5141BHS/*U.S. v. Barnes*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2019, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the attorney(s) of record for the defendant.

*s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
Fax: (206) 553-0755
Email: becky.hatch@usdoj.gov

STIPULATION OF THE PARTIES REGARDING THE MANUFACTURE OF CERTAIN DIGITAL DEVICES - 3
CR18-5141 BHS/*U.S. v. Barnes*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970