The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARNES, SR.,<br><br>Defendant. | NO. CR18-5141 BHS<br><br>GOVERNMENT'S AMENDED EXHIBIT LIST<br><br>**TRIAL DATE: October 29, 2019** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew P. Hampton and Lyndsie R. Schmalz., Assistant United States Attorneys for said District, hereby submits this list of exhibits which may be presented in its case-in-chief at trial on October 21, 2019.

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Apple iPhone | | |
| 1A | Photos of Apple iPhone | | |
| 1B | iPhone Screenshots | | |
| 2 | Black and Gray USB Drive | | |
| 2A | Photos of Black and Gray USB Drive | | |
| 3 | Website Images of MV1 | | |
| 3A | Website Images of MV1 (REDACTED) | | |
| 4 | Videos and Images of MV1 | | |
| 4A | Videos and Images of MV1 (REDACTED) | | |
| 5 | Other Child Pornography Files | | |
| 5A | Other Child Pornography Files (REDACTED) | | |

Government's Amended Exhibit List
*United States v. Donnie Barnes, Sr.,* CR18-5141 BHS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 6 | dobsr@me.com email communications | | |
| 7 | Certified DOL Record for Donnie Barnes, Sr. | | |
| 8 | Photo of 5210 N 9th (Tacoma, WA) | | |
| 9 | Photo of 100 174th St. S. (Spanaway WA) | | |
| 10 | Gray T-Shirt and Neon Green and Blue Shorts Recovered in Residential Search | | |
| 10A | Photos of Gray T-Shirt and Neon Green and Blue Shorts Recovered in Residential Search | | |
| 11 | Seahawks Jersey and Black and White Shorts Recovered in Residential Search | | |
| 11A | Photos of Seahawk Jersey and Black and White Shorts Recovered in Residential Search | | |
| 12 | Black Boots Recovered in Residential Search | | |
| 12A | Photos of Black Boots Recovered in Residential Search | | |
| 13 | Gray Blanket Recovered in Residential Search | | |
| 13A | Photos of Gray Blanket Recovered in Residential Search | | |
| 14 | Finding Nemo Towel Recovered in Residential Search | | |
| 14A | Photos of Finding Nemo Towel Recovered in Residential Search | | |
| 15 | Residential Search Photos (REDACTED) | | |
| 16 | Barnes Interview Recording | | |
| 16A | Excerpt of Barnes Interview (00:00:04.953-00:01:15:107) | | |
| 16B | Excerpt of Barnes Interview (00:07:49.106-00:08:20.392) | | |
| 16C | Excerpt of Barnes Interview (00:13:16.189-00:13:35.955) | | |
| 16D | Excerpt of Barnes Interview (00:22:44.740-00:30:01.629) | | |
| 16E | Excerpt of Barnes Interview (00:30:00.863-00:30:20:497) | | |
| 16F | Excerpt of Barnes Interview (00:33:34.042-00:40:50.162) | | |
| 16G | Excerpt of Barnes Interview (00:41:30.813-00:42:08.174) | | |
| 16H | Excerpt of Barnes Interview (00:42:34.356-00:43:14.629) | | |
| 16I | Excerpt of Barnes Interview (00:44:39.826-00:49:02.271) | | |
| 16J | Excerpt of Barnes Interview (00:44:39.826-00:49:02.271) | | |

Government's Amended Exhibit List
*United States v. Donnie Barnes, Sr.,* CR18-5141 BHS - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 16K | Excerpt of Barnes Interview (01:17:50.613-01:18:42.189) | | |
| 16L | Excerpt of Barnes Interview (01:30:47.108-01:21:53.959) | | |
| 16M | Excerpt of Barnes Interview (01:22:57.040-01:24:51.156) | | |
| 16N | Excerpt of Barnes Interview (01:26:49.210-01:28:57.594) | | |
| 16O | Excerpt of Barnes Interview (01:28:24.434-01:31:41.564) | | |
| 16P | Excerpt of Barnes Interview (01:32:33.180-01:37:31.612) | | |
| 17 | Stipulation of the Parties Regarding Device Nexus | | |
| 18 | Photo of J.T. | | |
| 200 | Grand Jury Testimony of SA Berg | | |
| 201 | Search Warrant Application MJ18-5047 | | |
| 202 | ROI 001 Case Opening | | |
| 203 | ROI 002 Surveillance and Summons | | |
| 204 | ROI 003 Arrest of Donnie Barnes | | |
| 205 | ROI 004 Interview of Donnie Barnes | | |
| 206 | ROI 005 Seizure of iPads | | |
| 207 | ROI 006 Interview of K.T. | | |
| 208 | ROI 007 Analysis of Non-electronic Evidence Items | | |
| 209 | ROI 008 Indictment of Donnie Barnes | | |
| 210 | ROI 009 Forensic Interview of MV1 | | |
| 211 | ROI 010 Review of Electronic Evidence | | |
| 212 | ROI 011 Initial Forensic Findings | | |
| 213 | ROI 012 Discovery Conference | | |
| 214 | Photolog/Room Sketch | | |
| 215 | Transcript of Interview with Donnie Barnes, Sr._Redacted | | |

//

//

Government's Amended Exhibit List
*United States v. Donnie Barnes, Sr.,* CR18-5141 BHS - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    DATED this 25th day of October, 2019.

2                                    Respectfully submitted,

3                                    BRIAN T. MORAN
                                     United States Attorney
4

5                                    *s/ Matthew P. Hampton*
                                     MATTHEW P. HAMTON
6                                    *s/ Lyndsie R. Schmalz*
                                     LYNDSIE R. SCHMALZ
7                                    Assistant United States Attorneys
                                     700 Stewart Street, Suite 5220
8                                    Seattle, Washington 98101
                                     Phone: (206) 553-7970
9
                                     E-mail: matthew.hampton@usdoj.gov
10                                            lyndsie.r.schmalz@usdoj.gov

Government's Amended Exhibit List
*United States v. Donnie Barnes, Sr.,* CR18-5141 BHS - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Becky Hatch*
BECKY HATCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-4161
E-mail: becky.hatch@usdoj.gov

Government's Amended Exhibit List
*United States v. Donnie Barnes, Sr.,* CR18-5141 BHS - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970