UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DONNIE BARNES, Sr.,<br><br>                Defendant. | No. CR18-5141BHS<br><br>PLAINTIFF'S PEREMPTORY CHALLENGES |

1. _10_
2. _15_
3. _18_
4. _23_
5. _29_
6. _36_
7. _40_

Dated this _29th_ day of October, 2019

_/s/ signature_

Matthew Hampton
Lyndsie Schmalz
Assistant United States Attorneys

Peremptory Challenges - 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>   v.<br><br>DONNIE BARNES Sr.,<br><br>                    Defendant. | No. CR18-5141BHS<br><br>DEFENDANT'S PEREMPTORY CHALLENGES |

1. Juror 2
2. Juror 8
3. Juror 10
4. Juror 12
5. Juror 14
6. Juror 16
7. Juror 25
8. Juror 33
9. Juror 31
10. Juror 21
11. Juror 28

Dated this 29 day of October, 2019.

*[signature]*

Mohammad Hamoudi
Gregory Murphy
Counsel for Defendant

Peremptory Challenges - 1