UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARNES, SR.,<br><br>Defendant. | NO. CR18-5141 BHS<br><br>JURY TRIAL EXHIBIT LIST |

| Exh No. | Description | Admit |
|---|---|---|
| 1 | Apple iPhone | 10/29/19 |
| 1A | Photos of Apple iPhone | 10/29/19 |
| 1B | iPhone Screenshots | 10/29/19 |
| 2 | Black and Gray USB Drive | 10/29/19 |
| 2A | Photos of Black and Gray USB Drive | 10/29/19 |
| 3 | Website Images of MV1 | 10/29/19 |
| 3A | Website Images of MV1 (REDACTED) | 10/29/19 |
| 4 | Videos and Images of MV1 | 10/29/19 |
| 4A | Videos and Images of MV1 (REDACTED) | 10/29/19 |
| 5 | Other Child Pornography Files | 10/29/19 |
| 5A | Other Child Pornography Files (REDACTED) | 10/29/19 |
| 6 | dobsr@me.com email communications | 10/29/19 |
| 7 | Certified DOL Record for Donnie Barnes, Sr. | 10/29/19 |
| 8 | Photo of 5210 N 9th (Tacoma, WA) | 10/29/19 |
| 9 | Photo of 100 174th St. S. (Spanaway WA) | 10/29/19 |
| 10 | Gray T-Shirt and Neon Green and Blue Shorts Recovered in Residential Search | NO |
| 10A | Photos of Gray T-Shirt and Neon Green and Blue Shorts Recovered in Residential Search | 10/29/19 |
| 11 | Seahawks Jersey and Black and White Shorts Recovered in Residential Search | NO |
| 11A | Photos of Seahawk Jersey and Black and White Shorts Recovered in Residential Search | 10/29/19 |
| 12 | Black Boots Recovered in Residential Search | NO |
| 12A | Photos of Black Boots Recovered in Residential Search | 10/29/19 |
| 13 | Gray Blanket Recovered in Residential Search | NO |
| 13A | Photos of Gray Blanket Recovered in Residential Search | 10/29/19 |
| 14 | Finding Nemo Towel Recovered in Residential Search | NO |
| 14A | Photos of Finding Nemo Towel Recovered in Residential Search | 10/29/19 |
| 15 | Residential Search Photos (REDACTED) | 10/29/19 |

| Exh No. | Description | Admit |
|---|---|---|
| 16 | Barnes Interview Recording | NO |
| 16A | Excerpt of Barnes Interview (00:00:04.953-00:01:15:107) | NO |
| 16B | Excerpt of Barnes Interview (00:07:49.106-00:08:20.392) | NO |
| 16C | Excerpt of Barnes Interview (00:13:16.189-00:13:35.955) | NO |
| 16D | Excerpt of Barnes Interview (00:22:44.740-00:30:01.629) | 10/29/19 |
| 16E | Excerpt of Barnes Interview (00:30:00.863-00:30:20:497) | NO |
| 16F | Excerpt of Barnes Interview (00:33:34.042-00:40:50.162) | 10/29/19 |
| 16G | Excerpt of Barnes Interview (00:41:30.813-00:42:08.174) | NO |
| 16H | Excerpt of Barnes Interview (00:42:34.356-00:43:14.629) | 10/29/19 |
| 16I | Excerpt of Barnes Interview (00:44:39.826-00:49:02.271) | NO |
| 16J | Excerpt of Barnes Interview (00:44:39.826-00:49:02.271) | 10/29/19 |
| 16K | Excerpt of Barnes Interview (01:17:50.613-01:18:42.189) | NO |
| 16L | Excerpt of Barnes Interview (01:30:47.108-01:21:53.959) | NO |
| 16M | Excerpt of Barnes Interview (01:22:57.040-01:24:51.156) | NO |
| 16N | Excerpt of Barnes Interview (01:26:49.210-01:28:57.594) | NO |
| 16O | Excerpt of Barnes Interview (01:28:24.434-01:31:41.564) | NO |
| 16P | Excerpt of Barnes Interview (01:32:33.180-01:37:31.612) | NO |
| 17 | Stipulation of the Parties Regarding Device Nexus | 10/29/19 |
| 18 | Photo of J.T. | 10/29/19 |
| 200 | Grand Jury Testimony of SA Berg | NO |
| 201 | Search Warrant Application MJ18-5047 | NO |
| 202 | ROI 001 Case Opening | NO |
| 203 | ROI 002 Surveillance and Summons | NO |
| 204 | ROI 003 Arrest of Donnie Barnes | NO |
| 205 | ROI 004 Interview of Donnie Barnes | NO |
| 206 | ROI 005 Seizure of iPads | NO |
| 207 | ROI 006 Interview of K.T. | NO |

| Exh No. | Description | Admit |
|---|---|---|
| 208 | ROI 007 Analysis of Non-electronic Evidence Items | NO |
| 209 | ROI 008 Indictment of Donnie Barnes | NO |
| 210 | ROI 009 Forensic Interview of MV1 | NO |
| 211 | ROI 010 Review of Electronic Evidence | NO |
| 212 | ROI 011 Initial Forensic Findings | NO |
| 213 | ROI 012 Discovery Conference | NO |
| 214 | Photolog/Room Sketch | NO |
| 215 | Transcript of Interview with Donnie Barnes, Sr._Redacted | NO |