UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

DONNIE BARNES, Sr.,

                Defendant.

No. CR18-5141BHS

JURY TRIAL WITNESS LIST

| Witness | Date Testified | Called By |
|---|---|---|
| Stuart Butler | 10/29/2019 | Plaintiff |
| Gabriel Stajduhar | 10/29/2019 | Plaintiff |
| K.T. | 10/30/2019 | Plaintiff |
| Reese Berg | 10/30/2019 | Plaintiff |

Witness List