ORIGINAL

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONNIE BARNES, SR.,<br><br>　　　　Defendant. | NO. CR 18-5141 BHS<br><br>**JURY VERDICT FORM** |

WE, THE JURY, unanimously find as follows:

**Count 1:** Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a), (e):

\_\_\_\_ Not Guilty        _X_ Guilty

**NOTE:** If you unanimously find the defendant GUILTY of the completed offense of Production of Child Pornography, STOP and proceed to Count 2. If you did not unanimously find the defendant GUILTY of the completed offense of Production of Child Pornography, then you must decide whether the defendant committed the offense of Attempted Production of Child Pornography.

With respect to the offense of Attempted Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a), (e):

\_\_\_\_ Not Guilty        \_\_\_\_ Guilty

**Count 2:** Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1):

____ Not Guilty         _X_ Guilty

**NOTE:** If you unanimously find the defendant GUILTY of the completed offense of Production of Child Pornography, STOP and proceed to Count 3. If you did not unanimously find the defendant GUILTY of the completed offense of Distribution of Child Pornography, then you must decide whether the defendant committed the offense of Attempted Distribution of Child Pornography.

With respect to the offense of Attempted Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2), (b)(1):

____ Not Guilty         ____ Guilty

**Count 3**: Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B), (b)(2):

\_\_\_\_ Not Guilty        _X_ Guilty

**NOTE**: If you unanimously find the defendant GUILTY of the offense of Possession of Child Pornography as charged in Count 3, you must also determine whether any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age.

**(If Needed)** with respect to the offense of Possession of Child Pornography charged in Count 3, any visual depiction involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age:

\_\_\_\_ No        _X_ Yes

DATED this _31_ day of _October_, 2019.

PRESIDING JUROR