The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONNIE BARNES, SR.,<br>Defendants. | NO. CR18-5141 BHS<br><br>GOVERNMENT'S MOTION TO SEAL OPENING AND CLOSING MATERIALS<br><br>**NOTING DATE: November 15, 2019** |

The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Matthew P. Hampton and Lyndsie R. Schmalz, Assistant United States Attorneys for said district, files this Motion to Seal Government's opening and closing powerpoint presentations.

//

//

//

//

*United States v. Donnie Barnes, Sr.*, CR18-5141 BHS
Government's Motion to Seal Materials - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970

The government hereby requests the presentation materials used during its opening statement and closing argument, which will be filed under seal subsequent to the filing of this motion, be allowed to remain under seal until further Order of the Court as they contain identifying information about a minor victim that should be sealed.

DATED this 4th day of November 2019.

    Respectfully submitted,

    BRIAN T. MORAN
    United States Attorney

    */s/ Matthew P. Hampton*
    MATTHEW P. HAMPTON
    LYNDSIE R. SCHMALZ
    Assistant United States Attorneys
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101
    Phone: (206) 553-6677
    Email: matthew.hampton@usdoj.gov

*United States v. Donnie Barnes, Sr.*, CR18-5141 BHS
Government's Motion to Seal Materials - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Jenny Fingles*
JENNY FINGLES
Legal Assistant
United States Attorney's Office
700 Stewart, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
E-mail: jenny.fingles@usdoj.gov

*United States v. Donnie Barnes, Sr.*, CR18-5141 BHS
Government's Motion to Seal Materials - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGOTN 98101
(206) 553-7970